IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE JORDAN and SHARON JORDAN, husband and wife,<br><br>    Plaintiffs/Counterdefendants,<br><br>vs.<br><br>JEFFREY A. KRONEBERGER,<br><br>    Defendant/Counterclaimant. | CASE NO. 06-CV-00241-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

PENDING before the Court in the above-entitled matter is the parties' stipulation to dismiss this action with prejudice as to all claims and all parties. Accordingly, this Court **APPROVES** the stipulation (Dkt. No. 13). The above-entitled action is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**. The parties shall bear their own costs and attorney fees.

DATED: **December 28, 2006**

Honorable Edward J. Lodge
U. S. District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1